**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 5:08-CR-19 (HL) |
| | : | |
| DARRYL JORDAN | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Leave to Appeal Out of Time (Doc. 8) (the "Motion"), the Plaintiff's Motion to Proceed on Appeal In Forma Pauperis (Doc. 12) and the Plaintiff's Motion for Appointment of Counsel (Doc. 14).  For the following reasons the Motions are denied.

The time for filing an appeal of a criminal case is fourteen days after the entry of judgment or the filing of the government's notice of appeal. Federal Rule of Appellate Procedure 4(b).  A district court may extend the time in which a defendant may file a notice of appeal, but may not extend it beyond 30 days from the expiration of the fourteen days.  Id. at 4(b)(4). The Amended Judgment in this case was filed in May 2008.  The current Motion comes almost two years too late.  For this reason, the Motion (Doc. 5) is denied, and all other motions (Docs. 12 and 14) are denied as moot.

**SO ORDERED**, this the 30th  day of March, 2010.

_**s/  Hugh Lawson**_
HUGH LAWSON, Senior Judge

jch